102 So.2d 599 (1958)
UNITED STATES of America, Appellant,
v.
E.B. HULLEY and Bess M. Hulley, his wife; H.P. Effross and Dorothy Effross, his wife; James O. Lewis; C. Glow; Louis Lackey and Joseph Katz, a co-partnership d/b/a Pasadena Material Co.; Harold C. Anderson Lumber Co., Inc., a Florida corporation; R. Malcolm Whitworth, Jr.; Burford Distributing Co., a corporation; Albert Sherouse; and John H. Squires, Appellees.
Supreme Court of Florida.
April 16, 1958.
Rehearing Denied May 29, 1958.
Charles K. Rice, Asst. Atty. Gen., A.F. Prescott and Robert Coe, Washington, D.C., and James L. Guilmartin, Miami, and Richard Kelly, Tampa, for appellant.
*600 Robert W. Fisher, St. Petersburg, for Harold C. Anderson Lumber Company, Inc., appellee.
PER CURIAM.
Affirmed on authority of United States v. Griffin-Moore Lumber Co., Inc., Fla., 62 So.2d 589.
TERRELL, C.J., and THOMAS, HOBSON, THORNAL and O'CONNELL, JJ., concur.